### ROMERO v. STATE.
### No. 27084.

Court of Criminal Appeals of Texas.

June 26, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is possession of beer in a dry area for the purpose of sale; the punishment, a fine of $300.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed. No motion for rehearing will be entertained.